UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Zach Hillesheim, | Court File No.: _____ |
|     Plaintiff, | |
| v. | **NOTICE OF REMOVAL**<br>**(JURY TRIAL DEMANDED)** |
| U-Haul Co. of Minnesota; and Amerco Real Estate Company, | |
|     Defendants. | |

PLEASE TAKE NOTICE that under 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants U-Haul Co. of Minnesota and Amerco Real Estate Company ("Defendants") hereby remove to this Court the state-court action described in Paragraph 1 below by the filing of this Notice of Removal with the Clerk of the United States District Court for the District of Minnesota and by the filing of the Notice of Filing of Notice of Removal with the Court Administrator for Hennepin County District Court. Defendants, appearing solely for the purpose of this Notice of Removal and without waiving any of their jurisdictional objections, respectfully state the following grounds for removal:

## THE STATE COURT ACTION

1. The removed case is a civil action served upon Defendants but not then filed in the Fourth Judicial District Court of Hennepin County, Minnesota and entitled <u>Zach Hillesheim v. U-Haul Co. of Minnesota; and Amerco Real Estate Company</u> ("State Court Action").

2. A copy of the Summons and Complaint is attached hereto as **Exhibit A**. The Summons and Complaint constitute all process, pleadings, orders, and other documents served upon Defendants in the State Court Action

3. Defendants were served with the Summons and Complaint through their registered agent, C T Corporation System, Inc., which received the Summons and Complaint by process server on December 23, 2015.

4. Defendants have not served an answer or otherwise responded to Plaintiff's Complaint in the State Court Action.

**GROUNDS FOR REMOVAL – FEDERAL QUESTION JURISDICTION**

5. Plaintiff's complaint alleges a claim for violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq.

6. This Court has jurisdiction over Plaintiff's ADA claim under 28 U.S.C. § 1331 because Plaintiff's claim arises under the "laws . . . of the United States," namely, 42 U.S.C. § 12101 et seq. *Siebert v. Amateur Athletic Union of U.S., Inc.*, 422 F. Supp. 2d 1033, 1037 (D. Minn. 2006) (stating that the court had jurisdiction over the plaintiff's ADA claim under 28 U.S.C. § 1331).

7. Plaintiff's complaint also alleges a claim for violation of the Minnesota Human Rights Act ("MHRA"), Minn. Stat. Chapter 363A and a claim for a "bias offense" under Minn. Stat. § 611A.79.

8. This Court has jurisdiction over Plaintiff's MHRA and bias-offense claims under 28 U.S.C. § 1367 because the claims are "so related to [Plaintiffs' ADA claim] . . .

that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

9.  Based on the above, this action is one over which the Court has original and supplemental jurisdiction pursuant to 28 U.S.C. §§ 1331, 1367.

## PROCEDURAL REQUIREMENTS FOR REMOVAL

1.  Pursuant to 28 U.S.C. §§ 1441(a) and 1446, this Notice of Removal is being filed in the United Stated District Court for the District of Minnesota, which is the federal district court embracing the court where the State Court Action was commenced.

2.  Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it is filed within 30 days of December 23, 2015, the date on which the Summons and Complaint in the State Court Action were received by Defendants.

3.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal with its attachments will be promptly served on Plaintiff and notice thereof will be filed with the Court Administrator for Hennepin County District Court. A true and correct copy of the Notice of Filing of Notice of Removal, without attachment, is attached hereto as **Exhibit B**.

4.  This Notice of Removal is signed by counsel for Defendants pursuant to Federal Rule of Civil Procedure 11.

5.  Pursuant to the foregoing, this Court has jurisdiction over this matter, subject to any right Defendants may have to move the Court to compel arbitration and other jurisdictional defenses.

6. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any right to assert any defense or affirmative matter, and Defendants expressly reserve their right to raise any and all defenses and objections to Plaintiff's claims after the State Court Action is removed to this Court.

7. Defendants request the opportunity to submit any such additional argument or evidence in support of removal as may be necessary if Plaintiff seeks to remand this matter.

8. Accompanying this Notice of Removal are a Civil Cover Sheet and a payment in the amount of $400.00 for the required filing fee.

WHEREFORE, Defendants hereby remove the State Court Action to the United States District Court for the District of Minnesota and respectfully request that this action proceed in this Court.

## JURY TRIAL DEMAND

Pursuant to Fed. R. Civ. P. 38, Defendants demand that all triable claims in this matter be tried by jury.

Dated: January 12, 2016      **LINDQUIST & VENNUM LLP**

By: s/ Lance T Bonner
    Randall J. Pattee (#0184962)
    rpattee@lindquist.com
    Lance T Bonner (#0395230)
    lbonner@lindquist.com
80 South Eighth Street
4200 IDS Center
Minneapolis, MN 55402-2100
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

**ATTORNEYS FOR DEFENDANTS U-HAUL CO. OF MINNESOTA AND AMERCO REAL ESTATE COMPANY**